United States District Court
Southern District of Texas
FILED

MAR 28 2019

AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

David J. Bradley, Clerk

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Rafael Coello-Ulloa

**CRIMINAL COMPLAINT**

Case Number: M-19-0705-M

IAE   YOB: 1985
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 27, 2019** in **Starr** County, in the **Southern** District of **Texas**.

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Rafael Coello-Ulloa was encountered by Border Patrol Agents near Roma, Texas on March 27, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on March 27, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on February 9, 2018 through Alexandria, Louisiana. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 31, 2017, the defendant was convicted of 8 USC 1326 Re-Entry of Deported Aliens and was sentenced to ten (10) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

approved by
AUSA

Sworn to before me and subscribed in my presence,   8:24 a.m.

March 27, 2019

Signature of Complainant
Lozando Bogle   Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer